83,212-02

Dear, Abel Acosta                                    7-8-15
          My name is Damion Hollins TDC# 1874970
Im writing to let you know that I've
been transferred from Travis state to
Byrd unit in Huntsville Tx, 77320. "God bless!

                                        Sincerely,

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 13 2015

Abel Acosta, Clerk